CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jamey Perry,**<br><br>    Plaintiff,<br><br>  v.<br><br>**Richard J. Gottlieb,** in individual and representative capacity as trustee of the Richard J. Gottlieb Separate Property Trust dated July 30, 2018; and Does 1-10,<br><br>    Defendants. | Case No.: 2:20-cv-02996-GW-AGR<br><br>**PLAINTIFF'S PRETRIAL DISCLOSURES**<br><br>Pretrial Conference: January 14, 2021<br>Time: 8:30 a.m.<br><br>Complaint Filed: March 31, 2020<br>Trial Date: January 26, 2021<br><br>Honorable Judge George H. Wu |

Pursuant to FRCP 26(a)(3), the plaintiff hereby submits his Pretrial Disclosures. Plaintiff reserves the right to revise, withdraw, amend or modify and/or supplement these disclosures should new information become available.

1. **WITNESSES PLAINTIFF EXPECTS TO PRESENT**

   Jamey Perry– Through Plaintiff's Counsel;

   Corey Taylor – Through Plaintiff's Counsel;

   Soyoung Ward, Expert – 22340 S Western Ave, Torrance, CA 90501

   Cory Slater, Expert – 6140 Debs Ave., Woodland Hills, CA 91367

2. **WITNESSES PLAINTIFF EXPECTS TO PRESENT BY DEPOSITION**

   None at this time.

3   **EXHIBITS PLAINTIFF EXPECTS TO OFFER**

   - Photographs of the Vardagen store taken by Mr. Taylor on March 15, 2020;
   - Photographs of the Vardagen store taken by Ms. Ward on August 18, 2020.

Plaintiff reserves the right to revise, withdraw and/or to supplement these Pretrial Disclosures as necessary and produce additional witness and exhibits who may be relevant to this case as they become known during the course of this litigation and as permitted by Fed.R.Civ.P. 26(e).

Dated: December 22, 2020                    CENTER FOR DISABILITY ACCESS

                                            By: /s/ Christopher A. Seabock

                                            CHRISTOPHER A. SEABOCK
                                            Attorneys for Plaintiff