# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-2996-GW-AGRx | Date | April 20, 2021 |
|---|---|---|---|
| Title | *Jamey Perry v. Richard J. Gottlieb, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER**

The Court has received Defendant's Request for Remand to State Court on Unruh Act Claims [94], filed on April 15, 2021. The Request is denied without prejudice.

 

:

Initials of Preparer    JG